# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN COOGAN, <br><br> Plaintiff, <br><br> v. <br><br> FMR, LLC, et al., <br><br> Defendants. | Case No. 1:15-cv-13148-GAO <br><br> Judge George A. Toole, Jr. |

**DEFENDANT FMR, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), Defendant FMR, LLC states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: September 29, 2015

Respectfully submitted,

Defendants,
FMR, LLC, SEAN BURKE, MICHAEL LUZZO

By their Attorney,

/s/ *Lynn A. Kappelman*
Lynn A. Kappelman (BBO No. 642017)
lkappelman@seyfarth.com
Kelsey P. Montgomery (BBO No. 681821)
kmontgomery@seyfarth.com
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:  (617) 946-4888
Fax:  (617) 946-4801

## **CERTIFICATE OF SERVICE**

      I, Lynn Kappelman hereby certify that on this 29th day of September, 2015, a true copy of this document was filed through the Court's ECF system and that counsel for Plaintiff is a registered user of the ECF system designated to receive Notices of Electronic Filings generated by the ECF system in this matter.

                                              /s/ *Lynn A. Kappelman*
                                              Lynn A. Kappelman (BBO No. 642017)